### John W. Snow *v.* Rufus K. Dick.

Redemption—Physical Restraint—Mental Disability—Excuse for Non-Tender.
   Physical restraint and mental disability is an equitable excuse for not making a precise tender for redemption and a court of equity will require one to surrender this advantage and accept the amount to which he is legally entiled.

APPEAL FROM RUSSELL CIRCUIT COURT.

September 18, 1867.

OPINION OF THE COURT BY JUDGE ROBERTSON:

It seems to this court that the physical restraint and mental disability of the appellee constituted an equitable excuse for his non-precise tender for redemption, and that the appellant ought to have accepted the subsequent tender, and that, when he seeks the aid of a court of equity to obtain a substitute of his lost deed, the court, intsead of granting such harsh and ungracious relief, should have required him, as it did, to surrender his hard and accidental

advantage, and accept the amount to which he is legally entitled for redemption.

Perceiving no error in the judgment, either in principle or detail, this court therefore affirms it.